**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00476-CR**
_____

**SARAH ELIZABETH WEEKLY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 09-07377**

**MEMORANDUM OPINION**

Sarah Elizabeth Weekly pleaded guilty under a plea agreement to forgery. The trial court deferred adjudication of guilt, placed her on unadjudicated community supervision for three years, and assessed a $500 fine. After the State filed a motion to revoke, the trial court found Weekly violated a term of the community supervision, adjudicated her guilt, and sentenced her to twenty months in state jail.

Weekly's appellate counsel filed a brief that presents counsel's professional evaluation of the record. Counsel concludes there are no arguable points of error. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). This Court granted an extension of time for appellant to file a *pro se* response. We received no response from the appellant. We have reviewed the appellate record and agree with counsel's conclusion. It is unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). The trial court's judgment is affirmed.

AFFIRMED.

_____

DAVID GAULTNEY
Justice

Submitted on March 21, 2013
Opinion Delivered April 3, 2013
Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.